George Zappola
Reg. No. 08757-016
U.S.P. Allenwood
P.O. Box 3000
White Deer, PA. 17887

July 9, 2007

U.S. District Court
Eastern District of New York
Judge Frederic Block, U.S.D.J.
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201


RECEIVED
JUL 13 2007
PRO SE OFFICE

RE: Ind. No. 95 Cr. 31 (FB)

Dear Judge Block:

On March 26, 1996 you were kind enough to issue an order to the Warden of the Metropolitan Detention, Brooklyn, N.Y. and his agents and employees regarding myself due to a severe skin and scalp condition.

On April 4, 1996 that Warden had me taken out of the facility to see a Dr. Weylen, dermatologist who verified my condition as well what was needed.

On May 22, 1996 the staff attorney for that institution confirmed that the order will be followed in a letter to my attorney; at that time Andrew Weinstein and James LaRossa.

Since that time I have received the items listed

by the doctor with no change.

I have now been at U.S.P. Allenwood for approximately 9½ years in which there have been different doctors as well as wardens. It is only at this time when I went to renew my supply did the medical department deny them to me. They said the items are not on their formulary. This no reason. As you can see they told me to go to sick call when the problem returns. There is no reason why I should wait until it returns and then I will suffer in pain and discomfort for no reason.

On July 6, 2007 I gave a letter and all the enclosed copies to the Assistant Warden, Mr. Ey who read it and was negative to me and said he would speak to medical and yet he is the head of all medical.

It now seem that I might be transferred shortly and would ask that Your Honor please issue a new order that states the same order, however, to include any federal institution that I am located in at to run until my release date.

I thank you for your time and consideration in this matter that is so important to my health and ask that if you grant this letter/motion that it be mailed to me here at U.S.P. Allenwood at your most earliest convenience, thank you.

cc: copies of all correspondence
    file.

Sincerely,
George Zappola
George Zappola

(2)