Case 1:95-cr-00031-FB-ASC   Document 426-3   Filed 07/13/07   Page 1 of 1 PageID #: 170



George Zappola
Reg. No. 08757-016
U.S.P., Allenwood
P.O. Box 3000
White Deer, PA 17887

(LEGAL) MAIL   JUL 10 2007

United States District Court
Eastern District of New York
United States Courthouse
Judge Frederic Block
225 Cadman Plaza East
Brooklyn, New York 11201

HARRISBURG PA
10 JUL 2007 PM