```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------

United States of America,

                                            ORDER
    -vs-
                                            Cr-95-31-3(FB)
George Zappola,
            Respondent.

-------------------------------
```

On March 26, 1996 this court issued an order that defendant George Zappola while incarcerated at the Metropolitan Detention Center be provided an unscented and hypo-allergenic toiletry items, but not limited to (1) "AVEENO brand moisturizer and (2) "AVEENO" brand scent-free shaving cream.

On July 9, 2007 the defendant filed a letter requesting that the court re-issue it's March 26, 1996 order and to include any facility that he may be moved to. Accordingly it is

HEREBY ORDERED that defendant be permitted to continue to receive the above unscented and hypo-allergenic toiletry items at the present facility where he is located and any facility he may be transferred to in the future.

DATED: Brooklyn, New York
       September 5, 2007

                                    s/Frederic Block, Sr. USDJ
                                    U.S.D.J.