PROB 12A
(1/18)WPA

# UNITED STATES DISTRICT COURT
for
EASTERN DISTRICT OF NEW YORK

**Report on Offender Under Supervision**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 14 2019 ★
BROOKLYN OFFICE

Name of Offender:   George Zappola            Case Number:   0207 1:95CR00031
                                                             0207 1:96CR00428

Name of Sentencing Judicial Officer:   The Honorable Frederic Block, U.S. District Court Judge

Date of Original Sentence:   January 10, 1997

Original Offense:   **Docket # 95-CR-31(S-1)**

Count 1: Racketeering, a violation of 18 U.S.C. § 1962(c), a Class A felony; Count 2: Conspiracy to Commit Racketeering, a violation of 18 U.S.C. § 1962(d), a Class A felony; Counts 3, 5 – 7, 12, 14, and 16: Conspiracy to Murder in Aid of Racketeering, a violation of 18 U.S.C. § 1959(a)(5), Class C felonies; Counts 4, 13, and 15: Murder in Aid of Racketeering, a violation of 18 U.S.C. § 1959(a)(1), Class A felonies; Count 19: Accessory After the Fact, a violation of 18 U.S.C. § 3, a Class C felony; Count 20: Harboring a Fugitive, a violation of 18 U.S.C. § 1071, a Class D felony; and Count 21: Conspiracy to Defraud the United States, a Class D felony.

**Docket # 96-CR-428**

Counts 1 and 2: Murder in Aid of Racketeering, a violation of 18 U.S.C. § 1959(a)(1), Class A felonies; Counts 3 – 6: Conspiracy to Murder in Aid of Racketeering, Class C felonies.

Original Sentence:   **Docket # 95-CR-31(S-1)**

Twenty-two years custody on Counts 1, 2, 4, 13, and 15 to run concurrently; 10 years custody on Counts 3, 5, 6, 7, 12, 14, and 16 to run concurrent with Counts 1, 2, 4, 13, and 15; 15 years custody on Count 19 to run concurrent with Counts 1, 2, 4, 13 and 15; 5 years custody on Counts 20 and 21 to run concurrent with Counts 1, 2, 4, 13, and 15; 5 years supervised release on Counts 1, 2, 4, 13 and 15, and two years supervised release on Counts 3, 5, 6, 7, 12, 14, 16, 19, 20 and 21 to run concurrently. Special conditions of supervised release ordered the defendant not possess a firearm and that he refrain from associating with any members of organized crime. A fine of $250,000 and a special assessment of $750 were ordered.

*Prob 12A - Report on Offender Under Supervision*                                *Page 2*
*George Zappola*                  *PACTS:11667*                 *Case Number: 0207 1:96CR00428*

**Docket # 96-CR-428**

Twenty-two years custody on Counts 1 and 2 to run concurrently; 10 years custody on Counts 3, 4, 5 and 6, to run concurrently with Counts 1 and 2; 5 years supervised release on Counts 1 and 2, and 2 years supervised release on Counts 3, 4, 5 and 6, to run concurrently. Special conditions of supervised release ordered the defendant not possess a firearm and that he refrain from associating with any members of organized crime. A fine of $250,000 and a special assessment of $300 were ordered.

Type of Supervision:     Supervised Release       Date Supervision Commenced:     March 3, 2014

*Prob 12A - Report on Offender Under Supervision*                                                                 *Page 3*
*George Zappola*                        *PACTS:11667*                        *Case Number: 0207 1:96CR00428*

    Reference is made to George Zappola (Zappola) who was sentenced by Your Honor as noted above. Due to his residence in Red Bank, New Jersey, Zappola has been supervised by the United States Probation Department, District of New Jersey.

    On January 2, 2019, U.S. Probation Officer Johnson (USPO Johnson) requested that we notify Your Honor regarding Zappola's expiration of supervised release and outstanding fine balance. Per USPO Johnson, Zappola has been gainfully employed as a salesman for Priority Payments, Inc., throughout most of the term of supervised release; however, in July 2018, he was laid off when the business was sold. Zappola has been collecting unemployment benefits since then, and he is pursuing other employment.

    USPO Johnson advised that Zappola satisfied the special assessment fee of $300, and that he has made consistent monthly payments toward the fine, for a total of $5,150. Zappola also completed a Personal Financial Statement which confirmed that he has paid the fine to the best of his ability. Zappola's term of supervised release is scheduled to expire on March 2, 2019, and he has complied with all terms of supervised release. As such, it is recommended that he be permitted to terminate from supervision as scheduled.

Respectfully submitted,

John Lanigan
*Digitally signed by Jjl*
*Date: 2019.02.04 16:23:09 -05'00'*

U.S. Probation Officer
Date: February 4, 2019

Approved by,

Nella H. Yelenovic
Supervisory U.S. Probation Officer
Date: February 4, 2019

---

**THE COURT ORDERS:**

☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ No Action
☐ Other

*Request to terminate Granted*

*SO ORDERED,*

s/Frederic Block, USDJ
Signature of Judicial Officer

2-12-19
Date